OFFICE OF THE UNITED STATES TRUSTEE

MAUREEN A. TIGHE
UNITED STATES TRUSTEE
GAYLE J. LAU 1465
ASST. UNITED STATES TRUSTEE
CURTIS B. CHING 3931
1132 Bishop St., Suite 602
Honolulu, HI 96813
Telephone No. 522-8150

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII

2002 NOV 13 PM 1:23

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re | ) | CASE NO. 89-00027 |
| | ) | (Chapter 7) |
| KING ESCROW SERVICES, CORP., | ) | |
| | ) | TRUSTEE DISTRIBUTION |
| | ) | REPORT |
| Debtor. | ) | |
| | ) | Judge: Robert J. Faris |

The undersigned, as the duly appointed, qualified and acting Trustee in the above captioned proceeding represents the following as the trustee distribution report required by this Court and avers and prays:

1. That final distribution of the funds of this estate has been made as ordered by the court.

2. That attached hereto are copies of canceled checks numbered 1001, 1003 through 1005.

3. That checks numbered 1002 and 1006 were not cashed within the time allowed. These checks are now void.

5. That attached hereto is a check for $122.37 made payable to the U. S. Bankruptcy Court representing the uncashed distribution check for:

See Schedule "A"

8. That the bank statement shows a balance of $122.37 and the Trustee is now entitled to be discharged and relieved of further liability.

DATED: Honolulu, Hawaii, 13 Nov 02

Gayle J. Lau
Asst. United States Trustee

ORIGINAL

Office of US Trustee for
King Escrow Services, Corp
Bankruptcy Case 89-00027
1132 Bishop St., Suite 602
Honolulu, HI 96813

1001

Void after 90 days

DATE 07/17/2002

PAY TO THE ORDER OF  Consolidated Resorts, Inc.                  $ --84.52--

--------Eighty four and 52/100-------------------------------------------- DOLLARS

**American Savings Bank**
P.O. Box 2300 • Honolulu, Hawaii 96804-2300
www.ASBhawaii.com

FOR  suppl. distr.

⑆321370765⑆  80005⑈70931⑈       ⑆000000845 2⑆

⑈000000000 1⑈  ⑆321370765⑆       80005 70931⑈       ⑆000000845 2⑆

Office of the US Trustee for
King Escrow Services Corp.
Bankruptcy case 89-00027
1132 Bishop St., Suite 602
Honolulu, HI 96813

1005

Void after 90 days

DATE 07/17/2002

PAY TO THE ORDER OF  Xam & Co.                    $ --27.93--

----------Twenty seven and 93/100------------------------------ DOLLARS

American Savings Bank
P.O. Box 2560 · Honolulu, Hawaii 96804-2560
www.ASBhawaii.com

FOR suppl. distr.

⑆321370765⑆ 80005·7093 1⑈      ⑈00000002793⑈

FIRST HAWAIIAN BK    >121301015<
HONOLULU HAWAII
030085242 07-31-02
030085242 07-31-02 02 01119826

Office of the US Trustee for
King Escrow Services Corp.
Bankruptcy case 89-00027
1132 Bishop St., Suite 602
Honolulu, HI 96813

1004
59-7076/3213

Void after 90 days

DATE 07/17/2002

PAY TO THE ORDER OF: Founders Title & Escrow of Hawaii

$ --49.24--

--------Forty nine and 24/100-------- DOLLARS

**American Savings Bank**
P.O. Box 2300 • Honolulu, Hawaii 96804-2300
www.ASBhawaii.com

FOR suppl. distr.

⑈321370765⑈ 80005⑈70931⑈ ⑈00000004924⑈

---

⑈011028754 20020728 00 043

FIRST HAWAIIAN BK. >121301015<
HONOLULU HAWAII
030129731 07-24-02
030129731 07-24-02 02 01115723

---

89-27
King Escrow

```
Office of the US Trustee for                                                    1005
King Escrow Services Corp.
Bankruptcy case 89-00027                                                      58-7075/1213
1132 Bishop St., Suite 602                         Void after 90 days
Honolulu, HI 96813
                                                   DATE  07/17/2002
PAY
TO THE
ORDER OF  Egami & Ichikawa                                   $ --16.34--

----------Sixteen and 34/100----------------------------------------- DOLLARS

         American Savings Bank
         P.O. Box 2300 · Honolulu, Hawaii 96804-2300
         www.ASBhawaii.com

FOR  suppl. distr.                                  [signature]

         ⑇321370765⑇   80005⑇7093 1⑇              ⑇000000 1634⑇
```

Back of check:

```
011000381  20020805  00 003           $16.34

08/02/02                                           for deposit in
121301028                                          BANK OF HAWAII
91067099                                           to the credit of
                                                   EGAMI & ICHIKAWA
```

# American Savings Bank

Statement of Account

Last statement: September 30, 2002
This statement: October 31, 2002
Total days in statement period: 31

80005-70931     Page 1

OFFICE OF THE US TRUSTEE FOR KING ESCROW  Direct inquiries to:
1132 BISHOP ST SUITE 602                  808 627-6900
HONOLULU HI 96813

American Savings Bank
P O Box 2300
Honolulu HI 96804-2300

1

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Business Checking | 80005-70931 | $122.37 |

### Business Checking

Account number
80005-70931

1 Enclosure

Beginning balance       $206.89
Total additions              .00      Total subtractions      $-84.52

| Number | Date  | Amount | Number | Date | Amount |
|--------|-------|--------|--------|------|--------|
| 1      | 10-24 | 84.52  |        |      |        |

**Daily balances**

| Date  | Amount | Date  | Amount | Date | Amount |
|-------|--------|-------|--------|------|--------|
| 09-30 | 206.89 | 10-24 | 122.37 |      |        |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

CASE NO: 89-00027
CASE NAME: King Escrow Services
TAXPAYER ID#: 99-0156627
FOR PERIOD ENDING:
DATE SUBMITTED:

BANK NAME: American Savings Bank
SAVINGS ACCOUNT #:
CHECKING ACC 8000570931
BOND AMOUNT:
(indicate if blanket bond)

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference Number | Paid to/ Received From | Description of Transaction | Deposit $ | Disbursement $ | Checking Account Balance |
| 05/17/02 | | State of Hawaii | 1988 Tax Refund | 300.40 | | 300.40 |
| 07/17/02 | 1001 | Consolidated Resorts, Inc. | Supplemental Distr. | | 84.52 | 215.88 |
| 07/17/02 | 1002 | Pioneer Properties, Inc. | Supplemental Distr. | | 18.59 | 197.29 |
| 07/17/02 | 1003 | Kam & Co. | Supplemental Distr. | | 27.93 | 169.36 |
| 07/17/02 | 1004 | Founders Title & Escrow of H | Supplemental Distr. | | 49.24 | 120.12 |
| 07/17/02 | 1005 | Egami & Ichikawa | Supplemental Distr. | | 16.34 | 103.78 |
| 07/17/02 | 1006 | Utah Waikiki Dev. Corp. | Supplemental Distr. | | 103.78 | -0.00 |
| 11/01/02 | 1002 | Pioneer Properties, Inc. | Unclaimed funds | 18.59 | | 18.59 |
| 11/01/02 | 1006 | Utah Waikiki Dev. Corp. | Unclaimed funds | 103.78 | | 122.37 |
| 11/01/02 | 1007 | United States Bankruptcy Co | Unclaimed funds | | 122.37 | -0.00 |

TOTAL DEPOSITS & INVESTMENTS -$0.00
(COLUMNS 7 & 8)

Schedule "A"

Unclaimed Funds

| Creditor | Amount |
|---|---|
| Pioneer Properties, Inc.<br>900 Fort St., Suite 1510<br>Honolulu, HI  96813 | 18.59 |
| Utah Waikiki Development Corp.<br>565 N. 400 West<br>Salt Lake City, UT  84103 | 103.78 |
| Total | 122.37 |

Office of the U. S. Trustee for
King Escrow Services, Corp.
Bankruptcy case 89-00027
1132 Bishop St., Ste. 602
Honolulu, HI 96813

1007
59-7076/3213

PAY TO THE ORDER OF United States Bankruptcy Court

One hundred twenty two and 37/100----------

Void after 90 days

DATE 11/04/02

$ 122.37

**American Savings Bank**
P.O. Box 2300 • Honolulu, Hawaii 96804-2300
www.ASBhawaii.com

FOR unclaimed funds

⑆321370765⑆ 800057093⑈